**JACKSONWHITE**
ATTORNEYS AT LAW
*A Professional Corporation*

40 North Center, Suite 200
Mesa, Arizona 85201
(480) 464-1111
Attorneys for Marsh Aviation Company
By: John N. Skiba, No. 022699

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Marsh Aviation Company,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No.: 2:09-bk-23468<br><br>**UNSWORN DECLARATION PURSUANT TO RULE 2016 UNDER PENALTY OF PERJURY BY ATTORNEY FOR DEBTOR** |

The undersigned attorney does hereby certify under penalty of perjury and pursuant to Rule 2016(b), of the Bankruptcy Rules of Procedure:

1. That the compensation paid or promised to him for services rendered or to be rendered in connection with the case is as follows: Debtor has paid the law firm of Jackson White, P.C. $20,000.00.

2. That the source of such compensation is as follows: Floyd Stilwell, President/CEO of Marsh Aviation Company.

3. That Affiant has not shared nor agreed to share compensation with anyone.

///

1    DATED this 1st day of October, 2009.

2                                JACKSON WHITE, P.C.

_____
Attorneys for Debtor
John N. Skiba, No. 022699

COPY of the foregoing sent this
1st day of October, 2009 to:

Office of the U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, Arizona 85003

By_____