JACKSONWHITE
ATTORNEYS AT LAW
*A Professional Corporation*

40 North Center, Suite 200
Mesa, Arizona 85201
(480) 464-1111
Attorneys for Marsh Aviation Company
By: John N. Skiba, No. 022699

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Marsh Aviation Company,<br><br>              Debtor. | Chapter 11 Proceedings<br><br>Case No.: 2:09-bk-23468<br><br>**VERIFIED STATEMENT PURSUANT TO RULE 2014 UNDER PENALTY OF PERJURY BY ATTORNEY FOR DEBTOR** |

STATE OF ARIZONA    )
                              )ss.
County of Maricopa     )

    JOHN N. SKIBA, being first duly sworn, deposes and says:

    1. I am an attorney with Jackson White, P.C. ("Jackson White") which is located at 40 N. Central Avenue, Suite 200, Mesa, Arizona 85201.

    2. I am duly admitted to practice in the State of Arizona and am in good standing.

    3. I practice in the field of bankruptcy law and am qualified to represent

the Debtor.

4. The hourly rates charged by Jackson White are as follows:

      John N. Skiba      $295/hour

5. Jackson White has represented the Debtor in prior actions prior to the filing of the bankruptcy petition, including:

6. Jackson White has previously represented the Debtor in various legal matters, including the following litigation/non-litigation matters:

| Matter | Case No. | Status |
| --- | --- | --- |
| Dean v. Marsh Aviation Company | CV2009-091784 | Pending |
| Adams v. Marsh Aviation Company | CV2009-090049 | Pending |
| Herbert v. Marsh Aviation Company | CV2009-090048 | Pending |
| McKown v. Marsh Aviation Company | CV2009-090047 | Pending |
| Woodward Governor Company v. Marsh Aviation Company | CV2009-016739 | Pending |
| United Electric Controls Company v. Marsh Aviation Company | CV2008-005756 | Judgment |
| Newmark Corporation v. Marsh Aviation Company | CV2007-020693 | Dismissed |
| Marsh Aviation Company v. Mountain Air Spray Co., *et al.* | CV2003-005230 | Settled |
| Hunter Aviation, Inc. v. Marsh Aviation Company | CV1998-014386 | Dismissed |
| The Goodyear Tire and Rubber Co. v. Marsh Aviation Company, *et al.* | CIV94-1607-PHX-PGR | Settled |

| | | |
|---|---|---|
| Western Aviation Maintenance, Inc. / General Services Administration | GSBCA No. 14165 | Resolved |
| DynCorp International, LLC/ Marsh Aviation Company | | Resolved |
| Marsh Aviation/United States Air Force | | Resolved |

Based upon preliminary information at hand, and to the best of my knowledge, other than the legal services provided above, neither I nor this firm have any connection with the Debtor, its creditors, or any other party in interest, or any of their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee and presents no interest adverse to Debtor or the bankruptcy case.

7. At this point, Jackson White is a disinterested party as the term is defined by 11 U.S.C. § 101 in that it is not a creditor, equity security holder or an insider of the Debtor. Prior to the filing of the bankruptcy case, Debtor owed Jackson White an approximate total of $71,726.89 in past due legal fees for services provided by the attorneys at Jackson White in prior legal matters. Jackson White formally waives any interest or claim in these prior amounts. Jackson White will act in the best interest of the Debtor and will represent no other interest than the Debtor's during this Chapter 11 proceeding.

1 | DATED this 1st day of October, 2009.
2 | JACKSON WHITE, P.C.

*signature*

Attorneys for Debtor
John N. Skiba, No. 022699

COPY of the foregoing sent this
1st day of October, 2009 to:

Office of the U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, Arizona 85003

By *signature*