# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | MARSH AVIATION COMPANY |
| **Case Number:** | 2:09-BK-23468-CGC    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 27, 2009 04:00 PM    6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

## Matter:

CHAPTER 11 STATUS CONFERENCE STATUS

**R / M #:**   3 / 0

## Appearances:

JOHN N. SKIBA, ATTORNEY FOR MARSH AVIATION COMPANY
LLOYD STILLWELL, DEBTOR

## Proceedings:

Mr. Skiba advises the 341 was held this afternoon. He discusses the nature of debtor's business and the factors leading to filing the Chapter 11 case. Mr. Skiba explains at its peak the debtor employed over 100 employees and is now down to 7. Mr. Skiba explains prior to filing there were 4 employees that filed suit over unpaid wages. He proposes a Chapter 11 plan be filed by January 7, 2010 and asks the Court to set a claims bar date.

COURT: IT IS ORDERED DEBTOR SHALL HAVE UNTIL JANUARY 7, 2010 TO FILE A PLAN AND DISCLOSURE STATEMENT; FAILING THAT THE UST CAN LODGE AN ORDER OF CONVERSION/DISMISSAL. THIS DATE CAN BE EXTENDED UPON A MOTION FOR GOOD CAUSE SHOWN.

IT IS FURTHER ORDERED SETTING A CLAIMS BAR DATE ON DECEMBER 15, 2009.

Page 1 of 1

Case 2:09-bk-23468-DPC    Doc 27    Filed 10/27/09    Entered 10/28/09 08:29:57    Desc
Main Document    Page 1 of 1    10/28/2009    8:29:21AM