**JACKSONWHITE**
ATTORNEYS AT LAW
*A Professional Corporation*

40 North Center, Suite 200
Mesa, Arizona 85201
(480) 464-1111
Attorneys for Marsh Aviation Company
By: John N. Skiba, No. 022699

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re:<br><br>Marsh Aviation Company,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No.: 2:09-bk-23468<br><br>**NOTICE OF BAR DATE BY WHICH ALL PROOFS OF CLAIM MUST BE FILED** |
|---|---|

**NOTICE IS HEREBY GIVEN** that:

1. Marsh Aviation Company, debtor-in-possession in the above-captioned Chapter 11 case ("**Debtor**") filed a voluntary Petition under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* on September 22, 2009 ("**Petition Date**"). The Debtor continues to operate its business and possess its property as debtor-in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. The Bankruptcy Court entered its Order Setting Bar Date to File Proofs of Claim ("**Bar Date Order**"), in accordance with which you are receiving this Notice.

3. **BAR DATE:** The deadline for filing proofs of claim in this case is **December 15, 2009** ("**Bar Date**"). The Bar Date applies to any "claim," as defined in Bankruptcy Code § 101(5), against the Debtor arising from any event occurring during the Debtor's operation of business before and until the Petition Date ("**Pre-Petition Claims**"). The Pre-Petition Claims include, but are not limited to, the following possible categories of claims: (i) unsecured claims incurred by vendors, suppliers, and other trade-related entities involved in the general operations of the Debtor's business; (ii) litigation claims, including claims that have been, or could have been, asserted in litigation where the plaintiffs have sued or joined as co-defendants present or former directors, officers, or

employees of the Debtor, or other individuals or entities, who may have indemnification claims or contribution claims against the Debtor, or who may expose the Debtor to vicarious liability under various principles or provisions of applicable state law; (iii) any worker's compensation claims; (iv) any administrative agency claims or similar kinds of private enforcement claims, including but not limited to, wage and hour claims, wrongful termination and discharge claims, loss of benefits claims, harassment claims, employment discrimination claims, and other employment related claims.

4. **ADDRESS FOR FILING PROOFS OF CLAIM:** Except as otherwise specifically provided in this Notice, all persons or entities wishing to assert a claim against the Debtor must file a proof of claim (using the form provided with this Notice), so that it is **received** no later than **5:00 p.m.,** Arizona Time, on the Bar Date, by the Bankruptcy Court at the following address:

> United States Bankruptcy Court
> District of Arizona
> Phoenix Division
> Office of the Clerk of the Court
> 230 N. First Avenue, Suite 101
> Phoenix, Arizona 85003-1706

Proofs of claim will be treated as filed only when actually received by the Bankruptcy Court. Creditors with PACER and ECF passwords may also electronically file a proof of claim with the Bankruptcy Court. Creditors are advised **NOT** to send copies of proofs of claim to the Debtor or to Debtor's counsel as such proofs of claim will be returned and delay or possibly prevent you from timely filing a proof of claim.

5. **NECESSITY TO FILE PROOF OF CLAIM**: The Debtor filed its Schedule of Assets and Liabilities with the Court ("**Schedules**") setting forth claim amounts for creditors. The Debtor was unable to verify some claim amounts. Accordingly, **all creditors, investors, or other parties in interest, irrespective of whether or how they are listed or classified in the Schedules filed in this case, if at all, must file a proof of claim using the Proof of Claim Form included with this Notice by the Bar Date in order to preserve any claim they may have against the Debtor in this case.** Creditors need not file a proof of claim only if such creditor previously filed a proof of claim in this case.

6. **REQUIREMENT OF PROOF OF CLAIM FORM**: In filing their proofs of claim, all creditors must use the Proof of Claim Form provided with this Notice. Failure to use the provided form may result in disallowance of a creditor's claim.

7. **FAILURE TO FILE PROOF OF CLAIM**: Any holder of a claim that fails to file a proof of claim on or before **December 15, 2009**, if required to do so by the Bar Date Order and this Notice, is: (a) forever barred, estopped, and enjoined from (i) asserting any such claim against the Debtor or their successors and assigns, and (ii) voting on or receiving any distribution under any Chapter 11 plan for the Debtor on account of such claim; (b) bound by the terms of any Chapter 11 plan confirmed with respect to the Debtor; and (c) not entitled to receive any further notices or mailings in this Chapter 11 case.

Dated this 11th day of November, 2009.

By: _____
John N. Skiba
Attorney for Debtors

A copy of the foregoing
mailed this 11th day of
November, 2009, to:

All Creditors on the master mailing
matrix and all parties in interest.

/s/ _____