SO ORDERED.

Dated: December 10, 2009



_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge
_____

**JACKSONWHITE**
ATTORNEYS AT LAW
*A Professional Corporation*

40 North Center, Suite 200
Mesa, Arizona 85201
(480) 464-1111
Attorneys for Marsh Aviation Company
By: John N. Skiba, No. 022699

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re:<br><br>Marsh Aviation Company,<br><br>                Debtor. | Chapter 11 Proceedings<br><br>Case No.: 2:09-bk-23468<br><br>**ORDER** |
|---|---|

This matter comes before the Court on the First Application for Payment and Compensation of Attorney Fees and Costs and for Order and Judgment Thereon, filed on November 17, 2009 by the Applicant, Jackson White, P.C. The Court further noting that the Application was properly noticed out to all creditors and parties of interest, and that no objections were filed. The Court noting that good causing having been shown and the Court having been otherwise sufficiently advised;

IT IS HEREBY ORDERED that the First Application for Compensation of Attorney Fees and for Order and Judgment in the amount of $13,323.04 (to be paid from pre-petition retainer).

SIGNED AND DATED ABOVE.