**JACKSONWHITE**
**ATTORNEYS AT LAW**
*A Professional Corporation*

40 North Center Street, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Debtor Marsh Aviation Company
By:  Kelly G. Black, No. 016376
     John Skiba, No. 022699

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. 2:09-bk-23468-CGC |
| Marsh Aviation Company, | **Ballot Report** |
| Debtor. | Assigned to: Honorable Charles G. Case, II |

Marsh Aviation Company, Debtor and Debtor-in-Possession, provides its ballot report pursuant to Local Rule 3018-1(c).

## I.  Tally of Ballots Received

Attached hereto at Exhibit A is a tally of the ballots received, by class. As there shown, each class voted to accept the plan proposed by debtor Marsh Aviation Company.

## II.  List of Creditors and Equity Security Holders Filing Acceptances or Rejections

Attached hereto at Exhibit B is a list of all creditors and equity security holders who have filed acceptances and rejections of the plan proposed by debtor Marsh Aviation Company.

The following are comments on particular ballots received:

1. Two identical ballots were received from American Certified Electronics. One was counted.

2. Three ballots were received from Beverly Roberson, who appears to have first sent in a single Class One ballot in the amount of $23,562.55, then sent in Class One and Class Six ballots in the amounts of $10,950.00 and $12,612.59, consistent with her proof of claim. The second set of ballots was counted.

3.  Claims have not been determined and, as the Committee has pointed out, secured Classes Two, Three and Four have not been valued. In each case, voting has been tallied according to the scheduled claim or, if filed, the proof of claim. In the cases of Classes Two and Four, the claims were valued at $1.00 solely to avoid computational errors in making the tally.

## III. Ballots Received After the Due Date

Debtor has included in this report all ballots and objections received by November 11, 2010.[1] Debtor has received three ballots after the due date, all of which are included in the tally:

Class 5, Atwood Enterprises Liquidation Trust, received November 12, 2010.

Class 2, Craig Ford Mercury, Inc., received November 16, 2010.

Class 6, Craig Ford Mercury, Inc., received November 16, 2010.

## IV. Report of Objections

A Limited Objection to Confirmation was filed November 11, 2010 by proposed attorneys for the Official Committee of Unsecured Creditors.

Debtor intends to proceed with confirmation under 11 U.S.C. § 1129(a).

DATED this 16th day of November, 2010.

JACKSON WHITE

/s/ Kelly G. Black
Attorneys for Debtor Marsh Aviation Company
By: Kelly G. Black, No. 016376
    John Skiba, No. 022699

Copies served this same date by email to:

BRYAN A. ALBUE on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
balbue@shermanhoward.com, balbue@shermanhoward.com;efiling@shermanhoward.com

RICHARD J. CUELLAR on behalf of U.S. Trustee U.S. TRUSTEE
ric.j.cuellar@usdoj.gov, coleen.craig@usdoj.gov;connie.s.hoover@usdoj.gov

---

[1] In the hearing on the Disclosure Statement, and in the following minute entry (Doc 78), this Court set a ballot and objection deadline of November 11, 2010. The Disclosure Statement mailed to creditors and interested parties accordingly stated a deadline of November 11, 2010.
   The formal order that followed (Doc 79), however, set the deadline as five business days prior to the November 18, 2010 hearing. Since November 11, 2010 was Veteran's Day, the deadline under this order would have been November 10, 2010. This order was also mailed to creditors and interested parties.

1

MARK A. TUCKER on behalf of Creditor Leland Dean
mark.tucker@azbar.org

2

3

/s/ Kelly G. Black

4 13248-021\322638.docx

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA

| CASE NAME | Marsh Aviation Company | | | CASE NUMBER | 2:09-bk-23468-CGC | |
|---|---|---|---|---|---|---|
| PLAN ACCEPTED? | Yes | | | BALLOT REPORT | | |
| CONSENTING IMPAIRED CLASS? | Yes | | | HEARING DATE | Thursday, November 18, 2010 | |
| | # Cast | # Accepting | # Rejecting | $ Cast | $ Accepting | $ Rejecting |
| CLASS 1 Accepts? Yes | 10 | 9 | 1 | 105,662.99 | 90,674.55 | 14,988.44 |
| | | 90.0% of Number | | | 85.8% of Amount | |
| Impaired? Yes | | | | | | |
| Non-Insiders Accept? Yes | 9 | 8 | 1 | 94,712.99 | 79,724.55 | 14,988.44 |
| | | 88.9% of Number | | | 84.2% of Amount | |
| CLASS 2 Accepts? Yes | 1 | 1 | 0 | 1.00 | 1.00 | - |
| | | 100.0% of Number | | | 100.0% of Amount | |
| Impaired? Yes | | | | | | |
| Non-Insiders Accept? None Voting | 0 | 0 | 0 | - | - | - |
| | | None Voting | | | None Voting | |
| CLASS 3 Accepts? Yes | 1 | 1 | 0 | 201,272.86 | 201,272.86 | - |
| | | 100.0% of Number | | | 100.0% of Amount | |
| Impaired? Yes | | | | | | |
| Non-Insiders Accept? None Voting | 0 | 0 | 0 | - | - | - |
| | | None Voting | | | None Voting | |
| CLASS 4 Accepts? Yes | 1 | 1 | 0 | 1.00 | 1.00 | - |
| | | 100.0% of Number | | | 100.0% of Amount | |
| Impaired? Yes | | | | | | |
| Non-Insiders Accept? None Voting | 0 | 0 | 0 | - | - | - |
| | | None Voting | | | None Voting | |
| CLASS 5 Accepts? Yes | 1 | 1 | 0 | 990,349.18 | 990,349.18 | - |
| | | 100.0% of Number | | | 100.0% of Amount | |
| Impaired? Yes | | | | | | |
| Non-Insiders Accept? Yes | 1 | 1 | 0 | 990,349.18 | 990,349.18 | - |
| | | 100.0% of Number | | | 100.0% of Amount | |

| | | | | |
|---|---|---|---|---|
| CLASS 6 Accepts? | Yes | 26 | 21 | 5 | 
| | | | 80.8% of Number | |
| | | | 4,309,840.78 | 4,277,774.78 | 32,066.00 |
| | | | | 99.3% of Amount |
| Impaired? | Yes | | | |
| Non-Insiders Accept? | Yes | 23 | 18 | 5 |
| | | | 78.3% of Number | |
| | | | 784,059.45 | 751,993.45 | 32,066.00 |
| | | | | 95.9% of Amount |
| | | | | |
| CLASS 7 Accepts? | Yes | 4 | 4 | 0 |
| | | | 100.0% of Number | |
| | | | 100.00 | 100.00 | - |
| | | | | 100.0% of Amount |
| Impaired? | Yes | | | |
| Non-Insiders Accept? | None Voting | 0 | 0 | 0 |
| | | None Voting | | |
| | | | - | - | - |
| | | | | None Voting |

# Exhibit B

| Name | Insider | Class | Ballott Amount | Scheduled Amount | POC Amount | Claim for Voting | Vote |
|---|---|---|---|---|---|---|---|
| Darrel L. Noland | No | 6 | 260.00 | | 206.00 | 206.00 | Accepts |
| Don McDowell | No | 6 | 2,888.00 | | 5,884.00 | 2,888.00 | Rejects |
| Larry Adams | No | 6 | 8,352.75 | | 25,058.25 | 8,352.75 | Rejects |
| John McKown | No | 6 | 4,444.65 | | 13,333.95 | 4,444.65 | Rejects |
| Wallace Herbert | No | 6 | 14,695.20 | | 44,625.60 | 14,695.20 | Rejects |
| American Certified Electronics | No | 6 | 2,870.99 | 2,870.99 | | 2,870.99 | Accepts |
| William G. Walker | No | 1 | 10,950.00 | | 10,950.00 | 10,950.00 | Accepts |
| William G. Walker dba Flightcor | No | 6 | 359,741.79 | | 359,741.79 | 359,741.79 | Accepts |
| John Clancy | No | 1 | 10,950.00 | | 10,950.00 | 10,950.00 | Accepts |
| John Clancy | No | 6 | 13,484.45 | | 13,484.45 | 13,484.45 | Accepts |
| Jeffrey F. Jensen | No | 6 | 1,685.40 | | - | 1,685.40 | Rejects |
| Jeffrey F. Jensen | No | 1 | 14,988.44 | | 15,763.80 | 14,988.44 | Rejects |
| Thomas Gigax | No | 1 | 3,037.78 | | 3,074.55 | 3,074.55 | Accepts |
| Thomas Gigax | No | 6 | 3,037.78 | | - | - | Accepts |
| Tram Luu | No | 6 | 31,126.20 | | 20,176.20 | 20,176.20 | Accepts |
| Beverly Roberson | No | 1 | 10,950.00 | | 10,950.00 | 10,950.00 | Accepts |
| Beverly Roberson | No | 6 | 12,612.59 | | 12,612.59 | 12,612.59 | Accepts |
| Amer High Performance | No | 6 | 642.00 | | 645.00 | 642.00 | Accepts |
| B.O. Kuipers | No | 1 | 10,950.00 | | 10,950.00 | 10,950.00 | Accepts |
| B.O. Kuipers | No | 6 | 66,043.04 | | 55,093.04 | 55,093.04 | Accepts |
| Beverly Roberson | No | 1 | 23,562.55 | | - | - | Duplicative |
| Tram Luu | No | 1 | 31,126.20 | | 10,950.00 | 10,950.00 | Accepts |
| Spectrum Associates, Inc. | No | 6 | 1,450.00 | | 1,450.00 | 1,450.00 | Accepts |
| A.L.F. Enterprises, Inc. | No | 6 | 300.00 | | 300.00 | 300.00 | Accepts |
| Industrial Electric Wire & Cable, Inc. | No | 6 | 843.76 | | 843.76 | 843.76 | Accepts |
| Aircraft Wind Company | No | 6 | | 23,326.02 | | 23,326.02 | Accepts |
| Darrell Floate | No | 1 | | | 10,950.00 | 10,950.00 | Accepts |
| Darrell Floate | No | 6 | | 39709.55 | 28,775.55 | 28,775.55 | Accepts |
| Check Six Consultants, LLC | No | 6 | 25,843.75 | | 25,625.00 | 25,625.00 | Accepts |
| Paula K. Liford | No | 6 | 32,346.06 | | 32,346.06 | 32,346.06 | Accepts |
| Paula K. Liford | No | 1 | 10,950.00 | | 10,950.00 | 10,950.00 | Accepts |
| Glen R. Madland | No | 6 | 150,000.00 | | 150,000.00 | 150,000.00 | Accepts |
| Colby & Powell, PLC | No | 6 | 24,500.00 | | 24,500.00 | 24,500.00 | Accepts |
| Atwood Enterprises Inc. Liq. Trust | No | 5 | 990,349.18 | | 990,349.18 | 990,349.18 | Accepts |
| US Technical Consultants | No | 6 | | 3,125.00 | | 3,125.00 | Neither |
| Hartzell Propeller Inc | No | 6 | 136,064.12 | | 136,064.12 | 136,064.12 | Neither |
| Edward H. Allen | Yes | 6 | 74,473.22 | | 74,473.22 | 74,473.22 | Accepts |
| Edward H. Allen | Yes | 3 | 203,272.83 | | 201,272.86 | 201,272.86 | Accepts |
| Edward H. Allen | Yes | 1 | 10,950.00 | | 10,950.00 | 10,950.00 | Accepts |
| Edward H. Allen | Yes | 7 | | | 3.80 | 3.80 | Accepts |
| Thomas Kleefisch | Yes | 7 | | | 22.05 | 22.05 | Accepts |
| TKleefisch | Yes | 7 | | | 22.05 | 22.05 | Accepts |
| Floyd Stilwell | Yes | 4 | | 1.00 | | 1.00 | Accepts |
| Floyd Stilwell | Yes | 7 | | | 52.10 | 52.10 | Accepts |
| Floyd Stilwell | Yes | 6 | | 3,241,215.30 | | 3,241,215.30 | Accepts |
| Craig Ford | Yes | 2 | | | 1.00 | 1.00 | Accepts |
| Craig Ford | Yes | 6 | | | 210,092.81 | 210,092.81 | Accepts |