**JACKSONWHITE**
ATTORNEYS AT LAW
*A Professional Corporation*

40 North Center Street, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Debtor Marsh Aviation Company
By:     Kelly G. Black, No. 016376

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Marsh Aviation Company,<br><br>     Debtor. | No. 2:09-bk-23468-CGC<br><br>**Order and Judgment on Application for Interim Payment and Compensation of Attorney Fees and Costs (Second Application)**<br><br>Assigned to: Honorable Charles G. Case, II |

Jackson White, P.C., a professional corporation (hereinafter "Applicant"), counsel for Marsh Aviation Company, (hereinafter "Debtor-in-Possession"), having filed its Application for Interim Payment and Compensation of Attorney Fees and Costs and for Order and Judgment Thereon (Second Application) (hereinafter "Application") (Doc 80); no party having timely objected to same; and for good cause shown:

IT IS THEREFORE ORDERED granting Applicant's requests as follows:

A.     Allowing and approving Applicant's fees for the Application Period totaling $17,317.00, which will be paid in part from the pre-petition retainer currently held in Applicant's trust account and the remainder by Debtor;

B.     Allowing and approving reimbursement to Applicant of $692.26 in actual and necessary expenses, which Applicant has incurred and paid during the Application Period in connection with the rendering of such professional services, for a total award of $18,009.26; and

C.     For a Judgment against Marsh Aviation Company for the total award in the sum of $18,009.26.

SIGNED AND DATED ABOVE