United States Bankruptcy Court
District of Arizona

In re **Marsh Aviation Company**                                    Case No. **2:09-bk-23468**
                                              Debtor(s)             Chapter **11**

### NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

The Creditor's Former Mailing Address and Telephone Number was:

Name:    Edward Allen
Address: 3847 North Desert Oasis Circle

City, State and Zip:    Mesa, AZ 85207-0000

**Please be advised that effective July 11, 20 11,**
**The Creditor's new mailing address and telephone number is:**

Name:    Edward Allen

Address: 31623 NE 123rd Street

City, State and Zip:    Duvall, WA 98019

**FILED**

**AUG 2 5 2011**

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

The Creditor's Former Mailing Address and Telephone Number was:

Name:    Edward Allen
Address: 3847 North Desert Oasis Circle

City, State and Zip:    Mesa, AZ 85207-0000

**Please be advised that effective July 11, 2011,**
**The Creditor's new mailing address and telephone number is:**

Name:    Edward Allen

Address: 31623 NE 123rd Street

City, State and Zip:    Duvall, WA 98019

_/s/ Edward H Allen_
Authorized Signer/Title