**JACKSONWHITE**
ATTORNEYS AT LAW
*A Professional Corporation*

40 North Center Street, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Debtor Marsh Aviation Company
By: Otto S. Shill, No. 010455
Kelly G. Black, No. 016376

SO ORDERED.

Dated: September 13, 2011

Charles G. Case, II, Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Marsh Aviation Company,<br><br>Debtor. | No. 2:09-bk-23468-CGC<br><br>Order Extending Deadline to File Stilwell Affidavit<br><br>Assigned to: Honorable Charles G. Case, II |

Marsh Aviation Company, Debtor and Debtor-in-Possession ("Debtor") having filed its Motion to Extend Deadline to File Stilwell Affidavit (Doc 127); the Official Committee of Unsecured Creditors (the "Committee") having filed its Response and Objection (Doc 136); the Court having conducted a hearing on the motion;

IT IS ORDERED granting Debtor's motion and extending to October 31, 2011 the deadline in which Debtor must execute and enter into the Brazilian Navy Contract and file an affidavit (the "Stilwell Affidavit") certifying under oath that Debtor has entered into the Brazilian Navy Contract pursuant to Paragraph II.1 of the Order Confirming Plan of Reorganization (Doc 119).

SIGNED AND DATED ABOVE.

13248-021\415870.docx

Case 2:09-bk-23468-DPC    Doc 139    Filed 09/13/11    Entered 09/13/11 14:38:54    Desc
Main Document - Motion to Extend    Page 1 of 1

Page 1