# JACKSON WHITE
## ATTORNEYS AT LAW
### A Professional Corporation

40 North Center Street, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Debtor Marsh Aviation Company
By: Kelly G. Black, No. 016376

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. 2:09-bk-23468-CGC |
| Marsh Aviation Company, | **Affidavit of Floyd Stilwell** |
| Debtor. | Assigned to: Honorable Charles G. Case, II |

Floyd Stilwell declares as stated below:

1.  I am the President and CEO of Debtor Marsh Aviation Company.

2.  I have personal knowledge of the facts stated herein.

3.  In connection with paragraph II.1 of the Order Confirming Plan of Reorganization (Doc 119), I certify

    a.  that Marsh Aviation Company has entered into a contract with the Brazilian Navy (Marinha do Brasil, Directoria de Aeronáutica da Marinha) (Rio de Janeiera, Brazil);

    b.  that such contract is binding upon Debtor and the Brazilian Navy, without conditions precedent to the formation of a contract; and

    c.  that the provisions of the contract are substantially consistent with the terms outlined in the Plan and set forth in the Projections.

4.  A complete and fully executed copy of the contract, redacted to exclude pricing and other sensitive matters, is available for inspection by the Official Committee of Unsecured Creditors at the offices of Marsh Aviation Company.

1   I declare under penalty of perjury that the foregoing is true and correct.

2   EXECUTED this 26 day of October, 2011.

3

4

5                                          _Floyd Stilwell_
                                           Floyd Stilwell, President and CEO of
    13248-021\425790.docx                  Debtor Marsh Aviation Company

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28