**JACKSONWHITE**
**ATTORNEYS AT LAW**
*A Professional Corporation*

40 North Center Street, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Debtor Marsh Aviation Company
By: Kelly G. Black, No. 016376

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. 2:09-bk-23468-CGC |
| Marsh Aviation Company, | **Notice of Effective Date** |
| Debtor. | Assigned to: Honorable Charles G. Case, II |

Marsh Aviation Company, Reorganized Debtor, gives notice that under paragraph II.2 of the Order Confirming Plan of Reorganization (Doc 119), the Effective Date of its Plan of Reorganization (Doc 91) occurred on October 26, 2011, and that the Plan is now Effective.

DATED this 26th day of October, 2011.

JACKSON WHITE

/s/ Kelly G. Black
Attorneys for Debtor Marsh Aviation Company
By: Kelly G. Black, No. 016376

Copies of the forgoing, together with the Stilwell Affidavit, served this same date by email to:

BRYAN A. ALBUE on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
balbue@shermanhoward.com, lbourlan@shermanhoward.com;efiling@shermanhoward.com

RICHARD J. CUELLAR on behalf of U.S. Trustee U.S. TRUSTEE
ric.j.cuellar@usdoj.gov, coleen.craig@usdoj.gov;connie.s.hoover@usdoj.gov

MARK A. TUCKER on behalf of Creditor Leland Dean
mark.tucker@azbar.org

1. Copies of the forgoing, together with the Stilwell Affidavit, served this same date by mail to:

2. RECOVERY MANAGEMENT SYSTEMS CORPORATION
   25 SE 2ND AVE #1120
3. MIAMI, FL 33131

4.

   /s/ Kelly G. Black
5. 13248-021\425799.docx

6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.